BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE HIGH QUALITY PRINTING INVENTIONS, LLC | § § § § § § | MDL No. 2690 |

CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS CIMPRESS USA INCORPORATED AND PRINTINGFORLESS.COM, INC. TO RESPOND TO HIGH QUALITY PRINTING INVENTIONS, LLC'S MOTION TO TRANSFER AND CONSOLIDATE FOR PRETRIAL

Pursuant to Rule 6.3 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Plaintiff High Quality Printing Inventions, LLC ("HQPI"), by and through the undersigned counsel, respectfully moves for an extension of time for Defendants Cimpress USA Incorporated and PrintingForLess.com, Inc. ("Defendants") to file a response to HQPI's Motion to Transfer and Consolidate for Pretrial [Doc. 1]. Both HQPI and all Defendants consent to the relief sought herein.

Under the Panel's Briefing Schedule, each Defendant's response is currently due on January 4, 2016. *See* Doc. 3. The parties respectfully request that each Defendant be permitted to file its respective response on or before January 15, 2016. Pursuant to Rule 6.1(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, HQPI shall file any reply within 7 days after the lapse of the requested extension for filing each Defendant's respective response. This is the first request for an extension of each Defendant's time to respond.

1

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

/s/ Samuel F. Miller
Samuel F. Miller, TN BPR No. 22936
Baker Donelson Center
211 Commerce Street, Suite 800
Nashville, Tennessee 37201
Tel: (615) 726-5594
Fax: (615) 744-5594
Email: smiller@bakerdonelson.com

*Attorneys for Plaintiff High Quality Printing Inventions, LLC*