## **PROOF OF SERVICE**

  I hereby certify that on January 12, 2016, the foregoing Notice of Appearance was served electronically on all counsel of record via the Court's CM/ECF System.

                */s/ Nathaniel St. Clair, II*
                Nathaniel St. Clair, II