# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

| | | § | |
|---|---|---|---|
| IN RE HIGH QUALITY PRINTING INVENTIONS, LLC PATENT LITIGATION | | § § § § § | MDL No. 2690 |

## SCHEDULE OF ACTIONS

| | Case Caption | District Court and Division | Civil Action Number | Judge |
|---|---|---|---|---|
| 1. | *High Quality Printing Inventions, LLC v. Digital Room, Inc. d/b/a PrintRunner.com, Next Day Flyers, Uprinting.com, YouPrint.com, and PrintsMadeEasy.com* | Central District of California, Western Division | 2:15-cv-09170-JAK-MRW | Judge John A. Kronstadt |
| 2. | *High Quality Printing Inventions, LLC v. Avery Products Corporation* | Central District of California, Southern Division | 8:15-cv-01982-GW-AGR | Judge George H. Wu |
| 3. | *High Quality Printing Inventions, LLC v. PsPrint* | Northern District of California, San Francisco Division | 3:15-cv-05443-JD | Judge James Donato |
| 4. | *High Quality Printing Inventions, LLC v. Shutterfly, Inc.* | Northern District of California, San Jose Division | 5:15-cv-05437-EJD | Judge Edward J. Davila |
| 5. | *High Quality Printing Inventions, LLC v. Zazzle, Inc.* | Northern District of California, Oakland Division | 4:15-cv-05438-PJH | Judge Phyllis J. Hamilton |
| 6. | *High Quality Printing Inventions, LLC v. Minted, LLC* | Northern District of California, San Francisco Division | 3:15-cv-05440-JSC | Judge Richard Seeborg |
| 7. | *High Quality Printing Inventions, LLC v. FineStationery.com* | District of Delaware, Wilmington Division | 1:15-cv-01092-RGA | Judge Richard G. Andrews |
| 8. | *High Quality Printing Inventions, LLC v.* | Middle District of Florida, Tampa | 8:15-cv-02750-VMC-MAP | Judge Virginia M. Hernandez |

|  | *Invitation Consultants, Inc.* | Division |  | Covington |
|---|---|---|---|---|
| 9. | *High Quality Printing Inventions, LLC v. Office Depot, Inc.* | Southern District of Florida, West Palm Beach Division | 9:15-cv-81608-JIC | Judge James I. Cohn |
| 10. | *High Quality Printing Inventions, LLC v. Worldwide Tickets and Labels, Inc.* | Southern District of Florida, West Palm Beach Division | 9:15-cv-81609-WPD | Judge William P. Dimitrouleas |
| 11. | *High Quality Printing Inventions, LLC v. Staples, Inc.* | Northern District of Georgia, Atlanta Division | 1:15-cv-04117-ELR | Judge Eleanor L. Ross |
| 12. | *High Quality Printing Inventions, LLC v. Master Marketing International, Inc. d/b/a MagnetStreet* | Northern District of Illinois, Chicago Division | 1:15-cv-10612 | Judge Harry D. Leinenweber |
| 13. | *High Quality Printing Inventions, LLC v. Barton Cotton Affinity Group, LLC d/b/a Holiday Card Center* | District of Maryland, Baltimore Division | 1:15-cv-03604-MJG | Judge Marvin J. Garbis |
| 14. | *High Quality Printing Inventions, LLC v. Cimpress USA Incorporated d/b/a Vistaprint* | District of Massachusetts, Boston Division | 1:15-cv-13962-RGS | Judge Richard G. Stearns |
| 15. | *High Quality Printing Inventions, LLC v. Bay State Envelope, Inc.* | District of Massachusetts, Boston Division | 1:15-cv-13961-FDS | Judge F. Dennis Saylor, IV |
| 16. | *High Quality Printing Inventions, LLC v. Posty Cards, Inc.* | Western District of Missouri, Kansas City Division | 4:15-cv-00943-BP | Judge Beth Phillips |
| 17. | *High Quality Printing Inventions, LLC v. Great FX Business Cards, LLC* | Western District of Missouri, Springfield Division | 6:15-cv-03510-S-MDH | Judge M. Douglas Harpool |
| 18. | *High Quality Printing Inventions, LLC v. PrintingForLess.com, Inc.* | District of Montana, Billings Division | 1:15-cv-00122-SPW | Judge Susan P. Watters |
| 19. | *High Quality Printing Inventions, LLC v. OvernightPrints, Inc.* | District of Nevada, Las Vegas Division | 2:15-cv-02234-GMN-VCF | Judge Gloria M. Navarro |

| | | | | |
|---|---|---|---|---|
| 20. | *High Quality Printing Inventions, LLC v. Prudent Publishing Co., Inc. d/b/a The Gallery Collection* | District of New Jersey, Newark Division | 2:15-cv-08343-KSH-CLW | Judge Katharine S. Hayden |
| 21. | *High Quality Printing Inventions, LLC v. AllBusinessCards.com* | District of New Jersey, Newark Division | 2:15-cv-08344-KSH-CLW | Judge Katharine S. Hayden |
| 22. | *High Quality Printing Inventions, LLC v. Cardstore, Inc.* | Northern District of Ohio, Cleveland Division | 1:15-cv-02417-JG | Judge James S. Gwin |
| 23. | *High Quality Printing Inventions, LLC v. Angstrom Graphics Inc. Midwest* | Northern District of Ohio, Cleveland Division | 1:15-cv-02418-CAB | Judge Christopoher A. Boyko |
| 24. | *High Quality Printing Inventions, LLC v. Cardphile, Inc.* | District of Oregon, Portland Division | 3:15-cv-02220-SI | Judge Michael H. Simon |
| 25. | *High Quality Printing Inventions, LLC v. Moo, Inc.* | District of Rhode Island, Providence Division | 1:15-cv-00500-S-LDA | Judge William E. Smith |
| 26. | *High Quality Printing Inventions, LLC v. Printograph, Inc. d/b/a GotPrint* | Northern District of Texas, Dallas Division | 3:15-cv-03795-M | Judge Barbara M.G. Lynn |
| 27. | *High Quality Printing Inventions, LLC v. Safeguard Business Systems, Inc.* | Northern District of Texas, Dallas Division | 3:15-cv-03796-N | Judge David C. Godbey |
| 28. | *High Quality Printing Inventions, LLC v. Luxe Cards, LLC d/b/a Purple Trail* | Western District of Washington, Seattle Division | 2:15-cv-01858-JLR | Judge James L. Robart |
| 29. | *High Quality Printing Inventions, LLC v. Simply To Impress LLC* | Eastern District of Wisconsin, Green Bay Division | 1:15-cv-01407-WCG | Judge William C. Griesbach |
| 30. | *High Quality Printing Inventions, LLC v. Deluxe Small Business Sales, Inc.* | District of Minnesota, Third Division | 0:15-cv-04253-DWF-JJK | Judge Donovan W. Frank |
| 31. | *High Quality Printing Inventions, LLC v. Hallmark Business Connections, Inc.* | District of Minnesota, Fourth Division | 0:15-cv-04255-JNE-BRT | Judge Joan N. Ericksen |

| 32. | *High Quality Printing Inventions, LLC v. 123Print, Inc., CardsDirect, Inc. also d/b/a Brookhollow Cards, Everglades Direct, Inc. d/b/a HRdirect, PaperDirect, Inc., Pear Tree Greetings, Inc., and Thayer Publishing, Inc. d/b/a Cordial Greetings* | District of Minnesota, Fourth Division | 0:15-cv-04256-DWF-HB | Judge Donovan W. Frank |